IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Banik, Patricia A

Printed: 8/19/08

Case Number: 08 B 05947
Judge: Wedoff, Eugene R
Filed: 3/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: August 18, 2008
Confirmed: May 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,522.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,423.07 |
| Trustee Fee: | | 98.93 |
| Other Funds: | | 0.00 |
| Totals: | 1,522.00 | 1,522.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Konstantine T Sparagis | Administrative | 2,300.00 | 1,423.07 |
| 2. | Portfolio Recovery Associates | Unsecured | 796.38 | 0.00 |
| 3. | State Farm Bank | Unsecured | 5,553.31 | 0.00 |
| 4. | Capital One | Unsecured | 916.74 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 7,685.03 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 786.31 | 0.00 |
| 7. | Swiss Colony | Unsecured | 386.23 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 3,519.94 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,085.87 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 3,896.23 | 0.00 |
| 11. | Chase | Unsecured | | No Claim Filed |
| 12. | Beneficial | Unsecured | | No Claim Filed |
| 13. | Aspire | Unsecured | | No Claim Filed |
| 14. | Blatt Hasenmiller & Komar | Unsecured | | No Claim Filed |
| 15. | Bank Of America | Unsecured | | No Claim Filed |
| 16. | TSYS Total Debt Management | Unsecured | | No Claim Filed |
| 17. | Beneficial | Unsecured | | No Claim Filed |
| 18. | Avante USA | Unsecured | | No Claim Filed |
| 19. | Diagnostic Radiology | Unsecured | | No Claim Filed |
| 20. | Pioneer Credit | Unsecured | | No Claim Filed |
| 21. | Orchard Bank | Unsecured | | No Claim Filed |
| 22. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 23. | Sherwin Williams Co. | Unsecured | | No Claim Filed |
| 24. | Mann Bracken LLC | Unsecured | | No Claim Filed |
| 25. | Amoco Oil Company | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Banik, Patricia A

Printed: 8/19/08

Case Number: 08 B 05947
Judge: Wedoff, Eugene R
Filed: 3/13/08

|  |  |
|---|---|
| _____ | _____ |
| $ 26,926.04 | $ 1,423.07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 98.93 |
|  | _____ |
|  | $ 98.93 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____